USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LIANA CARRIER LTD., et al.,
                          Plaintiffs,

-against-

PURE BIOFUELS CORP., et al.,
                          Defendants.
-------------------------------------------------------------X

14 CIVIL 3406 (VM)

**JUDGMENT**

      Whereas in accordance with the Court's Individual Practices, Defendants Pure Biofuels Corp. ("Pure Corp"), Pure Biofuels del Peru ("Pure del Peru), and Pure Biofuels Holdings, L.P. ("Pure Holdings") (collectively, the "Corporate Defendants"), and Carlos Alberto Pinto Rocha (collectively, Defendants") and Plaintiffs (collectively, the "Parties") having exchanged letters in which Defendants described aspects of the Complaint that they believe were deficient and outlined grounds upon which they contemplated filing a motion to dismiss the Complaint; upon reviewing this correspondence, the Court having held a pre-motion conference by telephone with the parties on March 3, 2015; because Defendants' contention that Plaintiffs' federal securities law claims were time-barred was potentially dispositive to the action, the Court ordered further briefing from the parties regarding that issue; in response, Defendants then submitted a letter to the Court dated March 11, 2015 ("March 11, 2015," Dkt. No. 20); Plaintiffs responded by letter dated March 18, 2015 ("March 18 Letter," Dkt. No. 21) and Defendants replied by letter dated March 25, 2015 ("March 25 Letter," Dkt. No. 22); the Court having construed the correspondence described above as a motion by the defendants to dismiss the Complaint (the "Motion"), in its entirety and with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(2), and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on August 14, 2015, having rendered its Decision and Order granting the motion (Dkt. No. 20) of defendants Pure Biofuels Corp., Pure

Biofuels del Peru, Pure Biofuels Holdings, L.P., and Carlos Alberto Pinto Rocha to dismiss the Complaint of Plaintiffs Liana Carrier Ltd. and Amir Ramon ("Plaintiffs"), in its entirety and with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 14, 2015, the Motion of defendants Pure Biofuels Corp., Pure Biofuels del Peru, Pure Biofuels Holdings, L.P., and Carlos Alberto Pinto Rocha to dismiss the Complaint of Plaintiffs Liana Carries Ltd. and Amir Ramon ("Plaintiffs"), in its entirety and with prejudice, is granted; the Court orders that, should Plaintiffs wish to seek leave to file an amended complaint, Plaintiffs may submit a letter of no more then three pages within 10 days of the date of the Order dated August 14, 2015, setting forth their positions as to why leave to amend should be granted.

**Dated:** New York, New York
August 18, 2015

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____