IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LIANA CARRIER LTD., a foreign company;
and AMIR RIMON, an individual,

    Plaintiffs,

Case No. 14-cv-3406 (VM)

v.

PURE BIOFUELS CORP., a dissolved Nevada corporation; PURE BIOFUELS DEL PERU S.A.C., a foreign company; PURE BIOFUELS HOLDINGS, L.P., a foreign limited partnership; CARLOS ALBERTO PINTO ROCHA, an individual; LUIS HUMBERTO GOYZUETA ANGOBALDO, an individual; GUSTAVO GOYZUETA, an individual; and BRIAN S. ALPERSTEIN, an individual,

    Defendants.

_____/

## NOTICE OF APPEAL

Notice is hereby given that the plaintiffs in the above-named case, LIANA CARRIER LTD. and AMIR RIMON (collectively, the "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the following:

1. The Decision and Order construing the correspondence of counsel for defendants Pure Biofuels Corp., Pure Biofuels del Peru S.A.C., Pure Biofuels Holdings, L.P., and Carlos Alberto Pinto Rocha (collectively, the "Counseled Defendants") as a motion to dismiss the Plaintiffs' initial pleading in its entirety and with prejudice, granting the same, and instructing the Plaintiffs to seek leave to file an amended pleading by letter of no more than three pages, which was entered in this action on August 14, 2015;

2.    The Judgment entered by the Clerk of Court in this action on August 18, 2015; and

3.    The Decision and Order construing the subsequent correspondence of counsel for the Plaintiffs as a motion for leave to amend their initial pleading, denying the same, and closing the case, which was entered in this action on October 28, 2015.

A sufficient number of hard copies of this notice to enable the Clerk of Court to comply with Fed. R. App. P. 3(d) has been or will be furnished to the Clerk of Court on this 30th day of November, 2015.

Respectfully submitted,

EHRENSTEIN CHARBONNEAU CALDERÍN
*Counsel for Plaintiffs*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
Phone:    (305) 722-2002
Facsimile:    (305) 722-2001

By: _____
Christopher B. Spuches, Esq.
New York Bar No.: 2848653
cbs@ecclegal.com

## SERVICE LIST

Greenberg Traurig
Ronald D. Lefton, Esq.
Anne C. Reddy, Esq.
MetLife Building
200 Park Avenue
New York, NY 10166

Luis Humberto Goyzueta Angobaldo
Av. Manuel Olguin 373, of 501.
Surco, Lima 33 Peru

Gustavo Guyzueta
Av. Manuel Olguin 373, of 501.
Surco, Lima 33 Peru

Brian S. Alperstein
Calle Eucalyptos 236, Casa 4
Surco, Lima Peru